# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 20, 2011

No. 10-50643

Lyle W. Cayce
Clerk

LORENA G. BOUTARI; JAMES R. CABANISS;
PATSY N. CABANISS, wife; ANGELITA FLORES;
GURVIS GUILLORY; ET AL,

Plaintiffs - Appellants

v.

JP MORGAN CHASE BANK N.A.;
AURORA LOAN SERVICES, L.L.C.;
OCWEN LOAN SERVICING, L.L.C.;
M&T MORTGAGE CORP.;
WELLS FARGO HOME MORTGAGE, INC.,
doing business as America's Servicing,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:09-CV-608

Before JONES, Chief Judge, and HIGGINBOTHAM and SOUTHWICK, Circuit
Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No.  10-50643

The court has carefully considered the briefs, oral argument, and pertinent portions of the record.  After such review, we have determined that the judgment of the district court should be affirmed for essentially the reasons set forth by the district court.  *Boutari v. JP Morgan Chase Bank, N.A.*, No. 5:09-cv-00608, doc. 88 (W.D. Tex. June 10, 2010) (Order Accepting Report and Recommendation).

**AFFIRMED**.